Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Edward Palomino

THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP,
RULE 77(d).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EDWARD PALOMINO, | Case No.: CV10-09493 VAP (PJW) |
| Plaintiff, | ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: July 5, 2011

THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-

1    DATE: June 28, 2011          Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                        /s/ Denise Bourgeois Haley
3                                 BY:_____
                                  Denise Bourgeois Haley
4                                 Attorney for plaintiff Edward Palomino

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26